IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALISA PEREA,

      **Plaintiff,**

v.                                                            **Case No. 1:23-cv-00599-KRS**

**KILOLO KIJAKAZI,**
**Acting Commissioner of the Social Security Administration,**

      **Defendant.**

### STIPULATED ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION TO REVERSE OR REMAND

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion for Extension of Time to File Plaintiff's Motion to Reverse or Remand (Doc. 16). The Court, having reviewed the motion and being otherwise fully advised, FINDS that the motion is well-taken and is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have until November 14, 2023, to file her Motion to Reverse or Remand, Defendant shall have until December 14, 2023, to file a Response, and Plaintiff shall have until December 28, 2023, to file a Reply.

_____
KEVIN R SWEAZEA
UNITED STATES MAGISTRATE JUDGE

1

RESPECTFULLY SUBMITTED BY:


*/s/Benjamin Decker*
P.O. Box 92740
Albuquerque, NM 87199
P (505) 369-6272
F (505) 859-7713
ben@deckerlawoffice.com
*Attorneys for Plaintiff Alisa Perea*




APPROVED BY:


*via email on 10/16/2023*
Manuel Lucero
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87102
United States
P (505) 346-7274
manny.lucero@usdoj.gov
*Attorneys for Defendant*