IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ALISA PEREA,**

    **Plaintiff,**

v.     Case No. 1:23-cv-00599-KRS

**KILOLO KIJAKAZI,**
**Acting Commissioner of the Social Security Administration,**

    **Defendant.**

### STIPULATED ORDER GRANTING UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION TO REVERSE OR REMAND

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion for a Second Extension of Time to File Plaintiff's Motion to Reverse or Remand (Doc. 18). The Court, having reviewed the motion and being otherwise fully advised, FINDS that the motion is well-taken and is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have until December 14, 2023, to file her Motion to Reverse or Remand, Defendant shall have until January 13, 2024, to file a Response, and Plaintiff shall have until January 27, 2024, to file a Reply.

                                                   _____
                                                   KEVIN R SWEAZEA
                                                   UNITED STATES MAGISTRATE JUDGE

RESPECTFULLY SUBMITTED BY:

<u>/s/Benjamin Decker</u>
P.O. Box 92740
Albuquerque, NM 87199
P (505) 369-6272
F (505) 859-7713
ben@deckerlawoffice.com
*Attorneys for Plaintiff Alisa Perea*

APPROVED BY:

<u>*approved via email on 11/13/23*</u>
Manuel Lucero
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87102
United States
P (505) 346-7274
manny.lucero@usdoj.gov
*Attorneys for Defendant*