IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ALISA PEREA,**

    **Plaintiff,**

vs.        CIV NO. 1:23-cv-00599-KRS

**MARTIN O'MALLEY,**
**Commissioner of Social Security,**

    **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's First Unopposed Motion for an Extension of Time (Doc. 21) to file a response to Plaintiff's Motion to Reverse and Remand Administrative Agency Decision, with Memorandum of Law in Support (Doc. 20), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until February 15, 2024, to file a response, and Plaintiff shall have until February 29, 2024, to file a reply.

                                    _____
                                    HONORABLE KEVIN R. SWEAZEA
                                    United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted*
MICHAEL A. THOMAS
Special Assistant United States Attorney

*Electronically approved*
BENJAMIN E. DECKER
Attorney for Plaintiff