IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALISA PEREA,

      Plaintiff,

  vs.                                                   CIV. NO. 1:23-cv-00599-KRS

MARTIN O'MALLEY,
**Commissioner of Social Security,**

      Defendant.

## ORDER

      Defendant, the Commissioner of Social Security (Commissioner), by and through his counsel, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

      Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings.[1]  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

---

[1] The Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

2

_____
HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted 3/11/24*
VICTORIA V. JOHNSON
Special Assistant United States Attorney

*Electronically approved 3/11/24*
BENJAMIN DECKER
Attorney for Plaintiff